ELLEN P. CLARK, Appellant, *v.* TITLE GUARANTEE AND TRUST COMPANY, Respondent.

Argued October 2, 1940; decided October 18, 1940.

*Charles L. Crowley* for appellant.

*Flynn L. Andrew* and *John M. Friedman* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.